PHILLIP A. TALBERT
United States Attorney
ELLIOT WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS IVAN REYES QUIROZ,<br><br>                      Plaintiff,<br><br>             v.<br><br>LYNN Q. FELDMAN, ET AL.,<br><br>                      Defendants. | CASE NO. 1:23-CV-00235-BAM<br><br>STIPULATION AND [PROPOSED] ORDER FOR FIRST EXTENSION OF TIME |

The Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This case concerns Plaintiff's request for a *de novo* judicial determination on his petition for a certificate of citizenship, which U.S. Citizenship and Immigration Services ("USCIS") previously denied in April 2021. The Defendants need additional time to review the administrative record and formulate their litigation position in this matter.

///

///

///

///

///

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is May 25, 2023. The parties further request that all other filing deadlines be similarly extended and that the initial scheduling conference, currently scheduled for May 24, 2023, be vacated and reset.

Respectfully submitted,

Dated: April 17, 2023

PHILLIP A. TALBERT
United States Attorney

By: /s/ ELLIOT C. WONG
ELLIOT C. WONG
Assistant United States Attorney

/s/ JENNIFER LEAH ROZDZIELSKI
JENNIFER LEAH ROZDZIELSKI
Counsel for Plaintiff

## ORDER

Pursuant to the parties' stipulation, and good cause appearing, Defendant's request for an extension of time to file an answer or other dispositive pleading is GRANTED. Defendant shall file an answer or other dispositive pleasing on or before May 25, 2023.

IT IS FURTHER ORDERED that the Scheduling Conference currently set for May 24, 2023, is CONTINUED to **July 6, 2023, at 8:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The parties shall file a Joint Scheduling Report at least one (1) full week prior to the conference.

IT IS SO ORDERED.

Dated: **April 18, 2023**         /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE