JENNIFER ROZDZIELSKI
JR IMMIGRATION LAW
21250 Hawthorne Blvd., Suite 500
Torrance, CA 90503
Telephone: (310)792-7063
Facsimile: (310)388-0646

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS IVAN REYES QUIROZ, | CASE NO. 1:23-CV-00235-ADA-BAM |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO SUPPLEMENT THE CERTIFIED ADMINISTRATIVE RECORD |
| v. | |
| LYNN Q. FELDMAN, ET AL., | |
| Defendants. | |

The Plaintiff respectfully intends to supplement the Certified Administrative Record ("CAR") and counsel for Defendants does not oppose. This case concerns Plaintiff's request for a *de novo* judicial determination on his petition for a certificate of citizenship, which U.S. Citizenship and Immigration Services ("USCIS") previously denied in April 2021. Pursuant to the Immigration and Nationality Act under 8 U.S.C. § 1503(a) Plaintiff is entitled to a *de novo* review including supplementation of the CAR and the Defendants stipulate to such.

///

///

///

///

///

1

1    The parties therefore stipulate that the supplementation of the CAR is permitted.  Any supplement to the CAR will be due on or before November 10, 2023 (45 days from the deadline to produce and file the CAR). The parties reserve their rights to raise any and all objections to any supplement. Any such objections shall be due on or before November 24, 2023 (14 days from the deadline to file supplements).  The parties further request that all filing deadlines be ordered pursuant to the scheduling conference held on July 6, 2023.

Respectfully submitted,

Dated:  July 11, 2023

By:  /s/ JENNIFER ROZDZIELSKI
JENNIFER ROZDZIELSKI
Counsel for Plaintiff


PHILLIP A. TALBERT

United States Attorney


/s/ ELLIOT C. WONG

ELLIOT C. WONG

Assistant United States Attorney

**ORDER**

Pursuant to stipulation and good cause appearing, the Certified Administrative Record shall be filed on or before **September 26, 2023,** and shall be supplemented no later than **November 10, 2023.** Any objections to any supplement shall be filed on or before **November 24, 2023**. A scheduling conference order including all filing deadlines will follow the instant order.

IT IS SO ORDERED.

Dated: **July 12, 2023**            /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE